# Court of Appeals
# of the State of Georgia

ATLANTA,  September 06, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0122. RICHARD GRANT, JR. v. CHEYANNE WILLARD.**

Richard Grant, Jr. filed this direct appeal from the trial court's final judgment and decree of divorce. However, appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). And while the divorce decree here determined, among other things, child custody, such determination does not transform this case into a "child custody case" subject to direct appeal under OCGA § 5-6-34 (a) (11). See *Todd v. Todd*, 287 Ga. 250, 251-252 (1) (703 SE2d 597) (2010). Grant's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Ford v. Ford*, 347 Ga. App. 233, 234 (818 SE2d 690) (2018).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  09/06/2023*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*